# FISHER & FISHER
## LAW OFFICES, L.L.C.

Timothy B. Fisher, Esquire* **
Timothy B. Fisher, II, Esquire*

* Member of PA & Federal Bars
** Member of NY Bar
° Member of NJ Bar

John D. Michelin, Esquire*
Joseph F. Kulesa, Jr., Esquire* °
Michelle F. Farley, Esquire*
Michael A. Ventrella, Esquire*

November 15, 2019

To the Clerk of the U.S. Bankruptcy Court

RE: Patrick Andrew Harrison
Case No. 5:19-bk-00730

Dear Sir or Madam:

Please note the following change of address for the debtor,

Prior Address:   3 Village Circle
                 Apt. 404
                 Stroudsburg, PA 18360

New Address:     8415 4th Ave
                 Apt A12
                 Brooklyn NY, 11209

Very truly yours,

FISHER & FISHER LAW OFFICES, L.L.C.

By: _Tim B. Fisher_
    Timothy B. Fisher, II

TBFII/mco

Please Reply To:

☐ **Mount Pocono**
3041 Route 940, Suite 107
Mount Pocono, PA 18344
(570) 839-8690
(570) 839-7675 fax

☐ **Gouldsboro**
525 Main St., PO Box 396
Gouldsboro, PA 18424
(570) 842-2753
(570) 842-8979 fax

☐ **Cresco**
1032 PA Route 390 #101, PO Box 222
Cresco, PA 18326
(570) 595-8770
(570) 595-8772 fax

☐ **Stroudsburg**
109 N. 7th Street
Stroudsburg, PA 18360
(570) 629-6322
(570) 629-6275 fax

www.pocono-lawyers.com

Case 5:19-bk-00730-RNO    Doc 48    Filed 11/15/19    Entered 11/15/19 11:53:23    Desc
Main Document    Page 1 of 1