THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE                                         :        CHAPTER 7
PATRICK ANDREW HARRISON      :
    DEBTOR(S)                        :        CASE NO. 5:19-00730 RNO

ORDER GRANTING MOTION TO CONDUCT DEBTOR'S
§341 MEETING TELEPHONICALLY

Upon consideration of the foregoing Motion and good cause having been shown, it is

ORDERED, that the above captioned motion to Conduct Debtor's §341 Telephonically is

hereby Granted.